

| August Marziliano/ | To | Francine Piper/ |
|---|---|---|
| | cc | |
| 06/18/2007 11:35 AM | bcc | |
| | Subject | Fw: Vioxx Transfer Order (CTO-98) |

Frannie   MDL transfer out   yours is 07 CV 1575

Fida   Can you do 07 CV 1356  for Erica??
Tell me when you are done
Please read entire e-mail below
Thanks

NEW YORK EASTERN
NYE  1  07-1356     Elizabeth Alexander v. Merck & Co., Inc.          07-3147
NYE  1  07-1575     Gloria Marie-Rubin, et al. v. Merck & Co., Inc.   07-3148

NEW YORK SOUTHERN



**August Marziliano, Administrative Specialist / Budget Analyst
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Voice: 718-613-2332; Fax: 718-613-2333
E-mail: August_Marziliano**

----- Forwarded by August Marziliano on 06/18/2007 11:33 AM -----

| Guilbeau/ | To | |
|---|---|---|
| 06/18/2007 11:27 AM | | |
| | cc | |
| | Subject | Vioxx Transfer Order (CTO-98) |

# IN RE: MDL 1657
## VIOXX PRODUCTS LIABILITY LITIGATION

Attached is a certified copy of the transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. The order includes the case number(s) assigned to each action by the Eastern District of Louisiana.

The Honorable Eldon E. Fallon, U.S. District Judge, issued an order directing that the transferred of records consist of only a copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

Please forward the above requested documents, preferably as PDF documents attached to an email addressed to vioxx_mdl_clerk@laed.uscourts.gov. Please attach separate PDFs for each of the documents. If this is not possible, please forward the printed copies of the requested documents via mail.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,
Loretta G. Whyte, Clerk
Eastern District of Louisiana


CTO-98.pdf

A CERTIFIED TRUE COPY

MAY 31 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 1 2007

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-98)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,142 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 31 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
JUN 18 2007

Clerk, U.S. District Court
District of Louisiana
New Orleans, LA

Fee____
Process____
X Dktd____
___ CtRmDep
___ Doc. No.____

# SCHEDULE CTO-98 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | CASE NUMBER EASTERN DIST. OF LA |
|---|---|---|
| **FLORIDA SOUTHERN** | | |
| FLS 1 07-21046 | Julio Davila, et al. v. Merck & Co., Inc. | 07-3143 |
| **MARYLAND** | | |
| MD 1 07-1021 | Shirley Jean Witt, et al. v. Merck & Co., Inc. | 07-3144 |
| MD 1 07-1022 | Ruby Stubbs-Sample, et al. v. Merck & Co., Inc. | 07-3145 |
| **MAINE** | | |
| ME 2 07-74 | Joseph Connell v. Merck & Co., Inc. | 07-3146 |
| **NEVADA** | | |
| ~~NV 2 07-470~~ | ~~Richard Booth, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 5/23/07 | |
| **NEW YORK EASTERN** | | |
| NYE 1 07-1356 | Elizabeth Alexander v. Merck & Co., Inc. | 07-3147 |
| NYE 1 07-1575 | Gloria Marie-Rubin, et al. v. Merck & Co., Inc. | 07-3148 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-2666 | Francesco Ricci, et al. v. Merck & Co., Inc. | 07-3149 |
| NYS 1 07-2674 | Johen Manuel Rodriguez v. Merck & Co., Inc. | 07-3150 |
| NYS 1 07-3292 | Dennis Rini, etc. v. Merck & Co., Inc. | 07-3151 |
| NYS 1 07-3333 | Pellumb Kulla, et al. v. Merck & Co., Inc. | 07-3152 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 1 07-87 | Alice Speed v. Merck & Co., Inc. | 07-3153 |
| **RHODE ISLAND** | | |
| RI 1 07-145 | Majed Mell v. Merck & Co., Inc. | 07-3154 |
| **SOUTH CAROLINA** | | |
| SC 4 07-1052 | Patricia Ridgle v. Merck & Co., Inc. | 07-3155 |
| SC 6 07-1076 | James E. French, et al. v. Merck & Co., Inc. | 07-3156 |
| **TEXAS SOUTHERN** | | |
| TXS 4 07-1358 | Shirley Kelly v. Merck & Co., Inc. | 07-3157 |
| TXS 4 07-1380 | Petra G. Mitchell v. Merck & Co., Inc. | 07-3158 |
| **WASHINGTON WESTERN** | | |
| WAW 3 07-5199 | Mary R. Dalrymple, et al. v. Merck & Co., Inc. | 07-3159 |